1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Gonzalez-Aguilar
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )    Case No. 08mj1555
                                    )
12          Plaintiff,               )
                                    )
13 v.                                )
                                    )    **NOTICE OF APPEARANCE**
14 **GILBERTO GONZALEZ-AGUILAR,**    )
                                    )
15          Defendant.               )
                                    )
16
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.
20                                          Respectfully submitted,
21 Dated: May 21, 2008                       s/ Bridget Kennedy
                                            Federal Defenders of San Diego, Inc.
22                                          *bridget_kennedy@fd.org*
23
24
25
26
27
28