1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Gonzalez-Aguilar
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj1555 |
| 12         Plaintiff, | ) | |
| 13 v. | ) | PROOF OF SERVICE |
| 14 **GILBERTO GONZALEZ-AGUILAR,** | ) | |
| 15         Defendant. | ) | |

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
            efile.dkt.gc1@usdoj.gov
21
22 Dated: May 21, 2008                              *s/ Bridget L. Kennedy*
                                                   **BRIDGET L. KENNEDY**
23                                                 Federal Defenders of San Diego, Inc.,
                                                   225 Broadway, Suite 900
24                                                 San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
25                                                 (619) 687-2666  (fax)
                                                   e-mail:bridget_kennedy@fd.org
26
27
28